UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                                    CASE NO.: 2:18-cr-219-FtM-38NPM

JO'SHWAN DANQUELL HAMILTON

## **ORDER**[1]

Before the Court is Defendant Jo'Shwan Danquell Hamilton's pro se letter filed July 22, 2020. (Doc. 96). As best the Court can tell, Defendant moves the Court to correct the Bureau of Prison's calculated release date for him because he should have received more credit for his time in federal custody. Because Defendant has not signed the construed motion, however, the Court must strike it. *See* Fed. R. Crim. P. 49(b)(4) ("Every written motion and other paper must be signed . . . by a person filing a paper if the person is not represented by an attorney. The paper must state the signer's address, e-mail address, and telephone number."); M.D. Fla. R. 1.05(d) ("All pleadings, motions, briefs, applications and other papers tendered by counsel for filing shall be signed personally by counsel as required by Rule 11, Fed.R.Civ.P."). Although Defendant is proceeding pro se, he must still follow the Federal Rules of Criminal Procedure and Local Rules when filing motions with this Court.[2]

Accordingly, it is

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

[2] The Court encourages Defendant to review its website for information on proceeding pro se (or without an attorney): https://www.flmd.uscourts.gov/litigants-without-lawyers.

**ORDERED:**

Defendant Jo'Shwan Danquell Hamilton's construed letter motion (Doc. 96) is **STRICKEN**.

**DONE AND ORDERED** in Fort Myers, Florida on this 29th day of July 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record